**Order filed July 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00463-CV
_____

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**HEATHER RENE WILLIAMS, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18982**

---

## ORDER

Appellant's reply brief filed April 1, 2021, and July 1, 2021, discloses sensitive data. See Tex. R. App. P. 9.9(a)(3). Accordingly, the briefs are STRICKEN.

Appellant is ordered to file a reply brief that complies with Texas Rule of Appellate Procedure 9.9 on or before July 12, 2021.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.